Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Direct (609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff, Charlene Cheli*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| CHARLENE CHELI, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:24-cv-07536-ESK-EAP |
| DELSEA 205 LIMITED LIABILITY COMPANY, | : | |
| Defendant. | : | |

## NOTICE OF SETTLEMENT

The Plaintiff, with consent of the Defendant, hereby informs this Court that the Parties have agreed to settle the above-captioned matter. The Parties are in the process of executing a settlement agreement and expect to file dismissal papers within the next sixty days.

Respectfully submitted this 27th day of September 2024,

/s/ *Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff, Charlene Cheli*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of September 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
