IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHARELENE CHELI, | : |
| Plaintiff, | : |
| v. | : Case No. 1:24-cv-07536-ESK-EAP |
| DELSEA 205 LIMITED LIABILITY COMPANY, | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted on this __4th__ day of __October__ 2024.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff,*
*Charlene Cheli*

Robert J. Campbell, Esq.
Law Office of Robert J. Campbell
551 Rt. 50
Mays Landing, NJ 08330
(609) 625-4422
robertcampbell2@comcast.net
*Attorney for Defendant,*
*Delsea 205 Limited Liability Company*

So ordered.

___/s/ Edward S. Kiel___
Edward S. Kiel, U.S.D.J.
Date: October 7, 2024